IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY HINES, | : | |
| Plaintiff, | : | Civil Action No. 14-1246 |
| | : | |
| v. | : | |
| | : | Judge Mannion |
| RESTEK CORPORATION and | : | |
| BRYAN WOLCOTT, | : | |
| Defendants. | : | Electronically Filed |

## MEDIATION REPORT

In accordance with the Court's Mediation Order, a mediation conference was held on December 30, 2014, with the results indicated below:

The outcome of the mediation was that a complete settlement was achieved.

Thank you for allowing me to be of service to the Court.

/s/ *Vincent Candiello*
Post & Schell P.C.
17 North Second Street, 12th Floor
Harrisburg, PA  17101

Dated:  December 31, 2014

12625126v1

## **CERTIFICATE OF SERVICE**

I, Vincent Candiello, hereby certify that a true and correct copy of the Mediation Report has been served this **31st day of December, 2014,** upon the following:

David M. Koller, Esquire
davidk@kollerlawfilrm.com

Kelley E. Kaufman, Esquire
kkaufman@mwn.com

/s/ *Vincent Candiello*
VINCENT CANDIELLO